# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGAL SAMUELS, | ) | No. SA CV 20-967-VAP (PLA) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING MAGISTRATE** |
| | ) | **JUDGE'S AMENDED REPORT AND** |
| v. | ) | **RECOMMENDATION** |
| | ) | |
| PEOPLE OF THE STATE | ) | |
| OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and the Amended Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Amended Report and Recommendation is accepted.

2.    The Motion to Dismiss is granted.

3.    Judgment shall be entered consistent with this order.

4.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  November 12, 2020

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE