JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGAL SAMUELS, | ) | No. SA CV 20-967-VAP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Amended Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: November 12, 2020

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE